IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT WILLIAMS, #167195**                                               **PETITIONER**

v.                                                    CIVIL ACTION NO. 1:15-cv-267-HSO-JCG

**JODY BRADLEY,** *Warden*                                               **RESPONDENT**

## FINAL JUDGMENT

    This matter is before the Court on the Report and Recommendation [17] of United States Magistrate Judge John C. Gargiulo, entered on July 25, 2016, recommending that the Court grant the Motion to Dismiss [12] and dismiss with prejudice the Petition for Writ of Habeas Corpus [1] filed by Petitioner Robert Williams as barred by the AEDPA's one-year statute of limitations and for Petitioner's failure to exhaust available remedies in State court.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith adopting the Report and Recommendation [17],

    **IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED AND ADJUDGED**, this the 23rd day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE